IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02838-CMA
Criminal Action No. 99-cr-00051-CMA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER MICHAEL MITCHELL,

    Movant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order Granting Movant's Motion for Order Correcting Judgment and Denying as Moot Motion to Modify or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered by the Honorable Christine M. Arguello (ECF No. 75), the following Judgment is hereby entered:

1. That Movant Christopher Michael Mitchell's Motion for Order Correcting Judgment (Doc. # 63) is GRANTED;

2. That the Bureau of Prisons credit Christopher Michael Mitchell with time-served such that his current federal sentence be fulfilled in its entirety.

2. That Movant Christopher Michael Mitchell's Motion to Modify or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. # 64) is DENIED AS MOOT; and

2. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this    24th    day of May, 2013.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By:  s/ Edward P. Butler
                                                    Edward P. Butler, Deputy Clerk